**DISMISSED and Opinion Filed May 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01437-CV

**CHRIS FRITZ AND GARRIN ROOFING LLC, Appellant**
**V.**
**CFH ROOFING, INC. AND FRED HILL, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06440**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Osborne
Opinion by Chief Justice Burns

The Court reinstates the appeal.

This appeal was filed on November 19, 2015 and was ordered abated and administratively closed on February 29, 2016 due to bankruptcy. *See* TEX. R. APP. P. 8.2. Our order abating the appeal provided that we would reinstate the appeal upon a party's motion showing the stay had been lifted and specifying what further action, if any, was required from the Court. *See id*. 8.3.

The bankruptcy case was dismissed March 9, 2016, but the parties did not notify the Court. The Court learned of the dismissal in March 2019 when it conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system.

On March 11, 2019, the Court informed the parties by letter that it had learned the bankruptcy case had been dismissed. The Court further informed the parties that the appeal would

be reinstated and would be dismissed for want of prosecution or for failure to respond to a Court order or notice from the Clerk of the Court unless, within ten days from the date of the letter, any party gave cause as to why it should not be dismissed. *See id*. 42.3(b), (c). In response, appellant filed a letter stating a trial was held and concluded on February 10, 2017 and a final judgment was rendered discharging the debt that was the subject of this appeal. Appellant further stated because the debt had been discharged in bankruptcy, "there [was] no cause for [the appeal] not to be dismissed."

We construe appellant's response as a motion to dismiss the appeal pursuant to appellate rule 42.1(a). We grant the motion and dismiss the appeal. *See id*. 42.1(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


151437F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRIS FRITZ AND GARRIN ROOFING
LLC, Appellant

No. 05-15-01437-CV     V.

CFH ROOFING, INC. AND FRED HILL,
Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-06440.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CFH ROOFING, INC. AND FRED HILL recover his costs of this appeal from appellant CHRIS FRITZ AND GARRIN ROOFING LLC.

Judgment entered May 17, 2019